■ The People of the State of New York, Respondent, v Louis Jenkins, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on July 2, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Silverman, Fein, Lynch and Asch, JJ.

■ The People of the State of New York v Jose Torres. — Motion granted to the extent of amending the remittitur to recite the following: Upon the appeal herein the appellant attempted to present a question under the Constitution of the United States, to wit: whether the intent instruction shifted the burden of proof to appellant on an essential element of the crime. The Appellate Division of the Supreme Court of the State of New York, First Department, rejected this claim for the reason that it had not been made at the trial or on the direct appeal from the judgment of conviction. Concur — Sandler, J. P., Ross, Lupiano, Silverman and Lynch, JJ.

■ Lois T. Pentifallo et al., v Hilton of Panama, S. A. et al. — Motion, insofar as it seeks reargument, denied, and, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of this court, which modified the order of the Supreme Court, properly made?" Concur — Sullivan, J. P., Lupiano, Silverman, Bloom and Fein, JJ.